B1 (Official Form 1) (04/13)

Bar No#: 7651

| **United States Bankruptcy Court**<br>**SOUTHERN DISTRICT OF MISSISSIPPI**<br>**GULFPORT DIVISION** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**MVB Holding, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**None** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**None** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **35-2382431** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**160 5th Street**<br>**Biloxi, MS**<br><br>ZIP CODE **39530** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Harrison** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**N/A**<br><br>ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)<br><br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts. |

| **Filing Fee** (Check one box.)<br><br>☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**       **Chapter 11 Debtors**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).<br>_____<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

**B1 (Official Form 1) (04/13)**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):  **MVB Holding, LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor   (If more than one, attach additional sheet.)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br><div align="right">Date</div> |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

        _____

        (Name of landlord that obtained judgment)

        _____

        (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

| Voluntary Petition | Name of Debtor(s):  **MVB Holding, LLC** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**_____

**X**_____

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Robert Alan Byrd**_____

**Robert Alan Byrd**          Bar No. **7651**

**BYRD & WISER**
**145 Main Street**
**Biloxi, MS 39530**

Phone No. **(228) 432-8123**     Fax No. **(228) 432-7029**

**9/16/2014**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**MVB Holding, LLC**

**X** **/s/ Doug Shipley**_____
Signature of Authorized Individual

**Doug Shipley**_____
Printed Name of Authorized Individual

**President/CEO**_____
Title of Authorized Individual

**9/16/2014**
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

Address
_____

**X**_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

IN RE:    **MVB Holding, LLC**                                         Case No.

                                                                                       Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Roy Anderson Corporation PO Box 2 Gulfport, MS 39502 | | Note Payable | | **$1,376,152.00** |
| Bally Gaming 6601 South Bermuda Road Las Vegas, NV 89119-3605 | | Trade Debt | | **$423,295.61** |
| SYSCO FOOD SERVICE* P.O. BOX 10950 JEFFERSON, LA 70181-0950 | | Trade Debt | | **$315,432.08** |
| BUTLER, SNOW, O'MARA, ET AL* P.O. BOX 6010 RIDGELAND, MS 39158 | | Services | | **$257,002.91** |
| GREMILLION & POU INC. 7225 FERN AVE, STE 1000 SHREVEPORT, LA 71105 | | Advertising | | **$219,805.68** |
| BALLY GAMING, INC. LOCKBOX #749335 LOS ANGELES, CA 90074-9335 | | Trade Debt | | **$218,939.18** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

IN RE:   **MVB Holding, LLC**                                    Case No.

                                                                 Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| WMS Gaming Inc<br>23571 Network Place<br>Chigago, LA 60673-1235 | | Trade Debt - Lease | | **$199,719.53** |
| WMS GAMING INC CORPORATE RECEIPTS<br>23571 NETWORK PLACE<br>CHICAGO, IL 60673-1235 | | Trade Debt - Lease | | **$196,369.96** |
| THE LAMAR COMPANY, LLC.<br>10571 OUTDOOR WAY<br>GULFPORT, MS 39503 | | Advertising | | **$188,101.00** |
| ACL, LLC*<br>P.O. BOX 3058<br>GULFPORT, MS 39505 | | Trade Debt - Lease | | **$165,000.00** |
| IGT - EASTERN OPERATING # 774028<br>4028 SOLUTIONS CENTER<br>CHICAGO, IL 60677-4000 | | Trade Debt - Lease | | **$141,572.20** |
| ARISTOCRAT<br>DEPT 849540<br>LOS ANGELES, CA 90084-9540 | | Trade Debt | | **$120,669.51** |
| REINHART FOODSERVICE LOUISIANA<br>918 EDWARDS AVE.<br>HARAHAN, LA 70123 | | Trade Debt | | **$119,946.76** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

IN RE:   **MVB Holding, LLC**                                                                 Case No.

                                                                                                   Chapter     **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| IGT-MS MEGAJACKPOTS # 7704016<br>4016 SOLUTIONS CENTER<br>CHICAGO, IL 60677-4000 | | Trade Debt - Lease | | **$100,642.16** |
| PDS Gaming Corporation-Mississippi & NSA<br>6280 Annie Oakley Drive<br>Las Vegas, NV 89120 | | Note Payable | | **$100,000.00** |
| Reinhart Food Service Louisiana<br>918 Edwards Avenue<br>Harahan, LA 70123 | | Trade Debt | | **$79,915.33** |
| MULTIMEDIA GAMES, INC.<br>206 WILD BASIN ROAD SOUTH, BLDG B<br>AUSTIN, TX 78746 | | Trade Debt | | **$65,462.60** |
| Multimedia Games, Inc<br>206 Wild Basin Road South, Bldg B<br>Austin, TX 78746 | | Trade Debt | | **$65,462.60** |
| MCGLADREY LLP. INC<br>5155 PAYSPHERE CIRCLE<br>SCHAUMBURG, IL 60674 | | Services | | **$62,621.00** |
| MARGARITAVILLE ENTERPRISES<br>6800 LAKEWOOD PLAZA DRIVE<br>ORLANDO, FL 32819 | | Trade Debt | | **$56,624.20** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

IN RE:   **MVB Holding, LLC**                                        Case No.

                                                                              Chapter      **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 3*

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**President/CEO**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the
best of my information and belief.

Date:__**9/16/2014**_____        Signature:__**/s/ Doug Shipley**_____
                                                                                     *Doug Shipley*
                                                                                     **President/CEO**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

IN RE:   **MVB Holding, LLC**                                      CASE NO

                                                                CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  9/16/2014 _____                Signature  _/s/ Doug Shipley_____
                                                            *Doug Shipley*
                                                            *President/CEO*


Date _____                   Signature _____

ACCUITY, INC.
PO BOX 7247-8076
PHILADELPIA, PA 19170-8076

AMERICAN ESOTERIC LABORATORY*
P.O. BOX 144225
AUSTIN, TX 78714

BAMA TOURS, INC.
P.O. BOX 44
THEODORE, AL 36590

ACE DATA STORAGE
3305 33RD AVENUE, STE A
GULFPORT, MS 39501

ARENA FIRE PROTECTION, INC.
P.O. BOX 460
HURLEY, MS 39555

BILOXI PAPER COMPANY
P.O. BOX 6309
D'IBERVILLE, MS 39540

ACI INTERNATIONAL
844 MORAGA DRIVE
LOS ANGELES, CA 90049

ARGENTUM RISK SOLUTIONS, LLC
1323 28TH AVE, STE B
GULFPORT, MS 39501

BILOXI PUBLIC SCHOOLS
P.O. BOX 168
BILOXI, MS 39533

ACL, LLC*
P.O. BOX 3058
GULFPORT, MS 39505

ARISTOCRAT
DEPT 849540
LOS ANGELES, CA 90084-9540

BILOXI SCREEN PRINT COMPANY
P.O. BOX 8150
BILOXI, MS 39535

ADVANCED DISPOSAL SERVICES
P.O. BOX 791064
BALTIMORE, MD 21279-1064

ARUZE GAMING AMERICA
PO BOX 843166
LOS ANGELES, CA 90084-3166

BMI
10 MUSIC SQUARE EAST
NASHVILLE, TN 37203-4399

AFLAC GROUP INSURANCE
2801 DEVINE STREET
COLUMBIA, SC 29205

ASCAP
2 MUSIC SQUARE EAST
NASHVILLE, TN 37203

BORDEN DAIRY CO OF AL LL.C
P.O. BOX 972431
DALLAS, TX 75397-2431

AGILYSYS NV, LLC
1858 PAYSPHERE CIRCLE
CHICAGO, IL 60674

AUTO-CHLOR SERVICES, LLC.
P.O. BOX 4869
HOUSTON, TX 77210-4869

BRINKS INCORPORATED
P.O. BOX 101-031
ATLANTA, GA 30392

AIRGAS USA, LLC.
P.O. BOX 532609
ATLANTA, GA 30353-2609

Bally Gaming
6601 South Bermuda Road
Las Vegas, NV 89119-3605

BRUMFIELD AND THOMAS BUS SERVICE
501 NEWMAN LANE
KENTWOOD, LA 70444

ALABAMA MEDIA GROUP
P.O. BOX 905924
CHARLOTTE, NC 28290-5924

BALLY GAMING, INC.
LOCKBOX #749335
LOS ANGELES, CA 90074-9335

BUTLER, SNOW, O'MARA, ET AL*
P.O. BOX 6010
RIDGELAND, MS 39158

BYRD & WISER
P.O. BOX 1939
BILOXI, MS 39533

COAST BENCH ADVERTISING
331 SPRATLEY AVE
BILOXI, MS 39531

DEUTSCH, KERRIGAN & STILES, LLP
755 MAGAZINE STREET
NEW ORLEANS, LA 70130

CABLEONE ADVERTISING
283 DEBUYS ROAD
GULFPORT, MS 39507

COAST OBSERVER
P.O. BOX 696
OCEAN SPRINGS, MS 39566-0696

DUNAWAY SIGNS, INC.
12224 PARKER CREEK ROAD
BILOXI, MS 39532

CASINO CONCEPTS AND DESIGN, INC.
4072 SUNSET LANE
PEBBLE BEACH, CA 93953

COAST RADIO GROUP
10250 LORRAINE RD.
GULFPORT, MS 39503

E FIRE INC
2075 MCCULLOUGH ROAD
TUPELO, MS 38801

CDW DIRECT
P.O. BOX 75723
CHICAGO, IL 60675-5723

COAST TRANSIT AUTHORITY*
333 DEBUYS ROAD
GULFPORT, MS 39507

ECOLAB FOOD SAFETY SPECIALTIES
24198 NETWORK PLACE
CHICAGO, IL 60673-1241

CENTRAL CREDIT, LLC
P.O. BOX 95275
LAS VEGAS, NV 89193-5275

COCA COLA BOTTLING COMPANY
P.O. BOX 751257
CHARLOTTE, NC 28275-1257

ELLZEY'S HARDWARE
750 HOWARD AVENUE
BILOXI, MS 39530

CHARTER COMMUNICATIONS
PO BOX 952993
ST. LOUIS, MO 63195-2993

CRESCO, INC.
P.O. DRAWER 6827
GULFPORT, MS 39506

ENTERCOM COMMUNICATIONS CORP
400 POYDRAS ST, STE. 800
NEW ORLEANS, LA 70130

CINTAS CORPORATION #240
ATTN: J66/ 240
CINCINNATI, OH 45263-0921

CUMMINS-ALLISON CORPORATION
852 FEEHANVILLE DRIVE
MT PROSPECT, IL 60056

EXPRESS SERVICES, INC.
PO BOX 203901
DALLAS, TX 75320-3901

CLEAR CHANNEL BROADCASTING, INC.
P.O. BOX 402539
ATLANTA, GA 30349

CYPRESS OUTDOOR ADVERTISING LLC
PO BOX 15457
HATTIESBURG, MS 39404

FANCY FACES, INC.
73128 HWY 1077
COVINGTON, LA 70433

CNR PROMOTIONS
7159 GERARD DRIVE
EDEN PRINIE, MN 55346

DC TRAILS INC.
8025 MIMS STREET
LORTON, VA 22079

FARMER BROTHERS COMPANY
P.O. BOX 79705
CITY OF INDUSTRY, CA 91716-9705

FEDEX
P.O. BOX 660481
DALLAS, TX 75266-0481

GMPC, LLC.
11390 W OLYMPIC BLVD STE 400
LOS ANGELES, CA 90064

ICIMS.COM INC
90 MATAWAN RD., PKWY 120, 5TH FLOOR
MATAWAN, NJ 07747

FEDEX FREIGHT
DEPT CH, P.O. BOX 10306
PALATINE, IL 60055-0306

GREMILLION & POU INC.
7225 FERN AVE, STE 1000
SHREVEPORT, LA 71105

ID GROUP, INC.
280 TRACE COLONY PARK
RIDGELAND, MS 39157

FOCUS PUBLISHING COMPANY
P.O. BOX 8304
GULFPORT, MS 39506

GULF COAST LAUNDRY SERVICES
12071 SEAWAY ROAD
GULFPORT, MS 39503

IGT - EASTERN OPERATING #774028
4028 SOLUTIONS CENTER
CHICAGO, IL 60677-4000

FULL COMPASS SYSTEMS LTD.
9770 SILICON PRAIRIE PKWY
MADISON, WI 53593-8442

GULF COAST PRODUCE
P.O. BOX 203
BILOXI, MS 39533-0203

IGT-MS MEGAJACKPOTS #7704016
4016 SOLUTIONS CENTER
CHICAGO, IL 60677-4000

G&D AMERICA, INC.
DEPT AT - 952367
ATLANTA, GA 31192-2367

HAMCO OF NEW ORLEANS
P.O. BOX 23824
NEW ORLEANS, LA 70183-0824

IMAGINE THIS
43 CORPORATE PARK, STE 102
IRVINE, CA 92606

GALAXY GAMING, INC.
6767 SPENCER STREET
LAS VEGAS, NV 89119

HATTIESBURG AMERICAN
P.O. BOX 677573
DALLAS, TX 75267-7573

INCREDIBLE TECHNOLOGIES INC.
200 CORPORATE WOODS PARKWAY
VERNON HILLS, IL 60061-3171

GAMING PARTNERS INTERNATIONAL
1700 INDUSTRIAL BOULEVARD
LAS VEGAS, NV 89102

HERITAGE FOOD SERVICE GROUP
PO BOX 71595
CHICAGO, IL 60694-1595

INSPECTION & VALUATION INTERNATIONA
55 WEST RED OAK LANE
WHITE PLAINS, NY 10604

GILL GROUP, INC.
2128 ESPEY COURT
CROFTON, MD 21114

HOTARD COACHES, INC.
2838 TOURO STREET
NEW ORLEANS, LA 70122

ISLAND SCAPES, LLC.
14612 BIG RIDGE RD
BILOXI, MS 39532

GLOBAL PAYMENTS CHECK SERVICES, INC.
P.O. BOX 66700
CHICAGO, IL 60666-0700

HUGHES SUPPLY
10645 AUTO MALL PKWY
D'IBERVILLE, MS 39540-3762

J.H. HAYNES ELECTRIC COMPANY, INC.
P.O. BOX 637
GULFPORT, MS 39502

JARDEN CONSUMER SOLUTIONS
P.O. BOX 842509
BOSTON, MA 02284

LADY DI'S INC.
1025 GOVERNMENT STREET
OCEAN SPRINGS, 39564

MICRO GAMING TECHNOLOGIES, INC.
7690 WEST SAHARA AVE.
LAS VEGAS, NV 89117

JENKINS, CONSTANCE P
4908 DALE DRIVE
COLUMBIA, SC 29203

LAKES ENTERTAINMENT, INC.
130 CHESHIRE LANE, STE 101
MINNETONKA, MN 55305

MODERN GAMING, INC.
20415 HIGHWAY 16
DENHAM SPRINGS, LA 70726

JOE P. MARKETING, LLC.*
220 W. TROTTERS DRIVE
MAITLAND, FL 32751

M2, MEDIA CORP
12268 INTRAPLEX PARKWAY
GULFPORT, MS 39503

Multimedia Games, Inc
206 Wild Basin Road South, Bldg B
Austin, TX 78746

JOHN FAYARD MOVING & WAREHOUSE
P.O. BOX 2189
GULFPORT, MS 39505

MARGARITAVILLE ENTERPRISES
6800 LAKEWOOD PLAZA DRIVE
ORLANDO, FL 32819

MULTIMEDIA GAMES, INC.
206 WILD BASIN ROAD SOUTH, BLDG B
AUSTIN, TX 78746

Knight Abbey
315 Caillavet Street
Biloxi, MS 39530

MCC SERVICE, LLC
PO BOX 7460
METAIRIE, LA 70010

MULTIMEDIA HOLDINGS CORPORATION
P.O. BOX 677590
DALLAS, TX 75267-7590

KNIGHT-ABBEY COMMERCIAL PRINTING, IN
315 CAILLAVET STREET
BILOXI, MS 39530

MCGLADREY LLP. INC
5155 PAYSPHERE CIRCLE
SCHAUMBURG, IL 60674

NATIONAL CRED-A-CHEK, INC.
2240 SUNSET BOULEVARD
SAN DIEGO, CA 92103

KONE INC.
P.O. BOX 429
MOLINE, IL 61266-0429

MEDIACOM SOUTHEAST LLC
PO BOX 1317
GULF BREEZE, FL 32562

NEED A BUS, INC.
5705 N. PALAFOX STREET
PENSACOLA, FL 32503

KRAMER GRAPHICS INC.
2408 WEST DOROTHY LANCE
DAYTON, OH 45439

MEGAGATE BROADBAND
6184 US HIGHWAY 98 WEST STE 200
HATTIESBURG, MS 39402

NEXTGEN CAPITAL LLC.
75 14TH STREET STE 2710
ATLANTA, GA 30309

L&L BROADCASTING LLC
1909 EAST PASS ROAD
GULFPORT, MS 39507

MERCH360
76 SULLIVAN STREET
CHARLESTOWN, MA 02129

NUCO2 LLC
2800 SE MARKET PLACE
STUART, FL 34997

OCTOBERLIGHT DESIGN LLC
PO BOX 20261
GREENSBORO, NC 27420-0261

POWER PROMOTIONS, LLC
3170 E. SUNSET ROAD STE H
LAS VEGAS, NV 89120

Reinhart Food Service Louisiana
918 Edwards Avenue
Harahan, LA 70123

ON THE ROAD AGAIN TOURS, INC.
1546 SOUTH MCCALL ROAD
ENGLEWOOD, FL 34223

PROMO ONLY
257 SOUTH LAKE DESTINY DRIVE
ORLANDO, FL 32810

REINHART FOODSERVICE LOUISIANA
918 EDWARDS AVE.
HARAHAN, LA 70123

ORKIN PEST CONTROL
PO BOX 466
LONG BEACH, MS 39560

Property Tax Associates
PO Box 1545
Ridgeland, MS 39158

RETAIL TECHNOLOGIES CORPORATION
7606 PRESIDENTS DRIVE
ORLANDO, FL 32809

PAPARAZZI PHOTOGRAPHY & ENTERTAINM
841 MOCKINGBIRD LANE
PLANTATION, FL 33324

PROPERTY TAX ASSOCIATES, INC.
P.O. BOX 1545
RIDGELAND, MS 39158

RICO INDUSTRIES, INC./TAG EXPRESS
8030 SOLUTIONS CENTER
CHICAGO, IL 60677-8000

PARTY CITY HOLDINGS, LLC.
520 ELMWOOD PARK BLVD. STE 110
HARAHAN, LA 70123

QUALITY POULTRY & SEAFOOD
895 DIVISION STREET
BILOXI, MS 39530

Roy Anderson Corporation
PO Box 2
Gulfport, MS 39502

PATRIOT GAMING & ELECTRONICS, INC.
217 NORTH LINDBERG AVENUE
GRIFFITH, IN 46319

RAINBOW SPRING WATER, INC.
3310 OLD MOBILE HIGHWAY
PASCAGOULA, MS 39581

SCHNEIDER HENCE
209 HILLWOOD BLVD
NASHVILLE, TN 37205

PDS GAMING CORPORATION
6280 ANNIE OAKLEY DRIVE
LAS VEGAS, NV 89120-4048

RAY ZIEGLER INVESTMENTS, LLC.
PO BOX 58739
NEW ORLEANS, LA 70158

SCOOTERBUG, INC.
2126 W LANDSTREET RD. STE 300
ORLANDO, FL 32809

PDS Gaming Corporation-Mississippi & NSA
6280 Annie Oakley Drive
Las Vegas, NV 89120

RAYCOM TV BORADCASTING INC.
LOCKBOX #1380, P.O. BOX 11407
BIRMINGHAM, AL 35246-1380

SDS DESIGN ASSOCIATES INC.
2534 BERYL AVENUE
WHITEHALL, PA 18052

PERKINS, VIRGINIA*
P.O. BOX 821306
VICKSBURG, MS 39182

REBEL SOUND SYSTEMS, INC.
21032 DAUGHERTY ROAD
LONG BEACH, MS 39560

SECURCASH PRODUCTS, LLC.
7709 KENDRICK CROSSING LANE
LOUISVILLE, KY 40291

SESAC LLC
55 MUSIC SQUARE
NASHVILLE, TN 37203

SYSCO FOOD SERVICE*
P.O. BOX 10950
JEFFERSON, LA 70181-0950

TURNING POINT GAMING
2821 N. OCEAN BLVD., STE307S
FT. LAUDERDALE, FL 33308

SGPS SHOWRIG NEW ORLEANS, INC.
13800 OLD GENTILLY RD. #325
NEW ORLEANS, LA 70129

TECH ART MANUFACTURING, INC.
4185 WEST TECO AVENUE
LAS VEGAS, NV 89118

WEGMANN DAZET & COMPANY*
111 VETERANS BLVD, #800
METAIRIE, LA 70005

SHULAR OUTDOOR COMPANY
9475 HIGHWAY 49
GULFPORT, MS 39503-4227

TEKLINKS, INC.
P.O. BOX 830674
BIRMINGHAM, AL 35283

WELLS GAMING RESEARCH
6900 S MCCARRAN BLVD, STE 3030
RENO, NV 89509

SINCLAIR TELEVISION GROUP INC
651 BEACON PKWY STE105
BIRMINGHAM, AL 35209

TERVIS TUMBLER COMPANY
201 TRIPLE DIAMOND BLVD
NORTH VENICE, FL 34275

WESCO DISTRIBUTION
2835 ANDREW AVENUE
PASCAGOULA, MS 39567

SOUTHERN WINE & SPIRITS OF MS
P.O. BOX 540
RIDGELAND, MS 39158

THE CENTER FOR HEALTH MANAGEMENT*
3300 15TH STREET
GULFPORT, MS 39501

WKRG-TV
P.O. BOX 26629
RICHMOND, VA 23261-6629

SPIELO INTERTNATIONAL USA LLC
P.O. BOX 49008
SAN JOSE, CA 95161

THE COMING HOME FOODS COMPANY*
5240 FINCH AVENUE EAST, UNIT 2
TORONTO, ONTARIO M1S5A2

WMS Gaming Inc
23571 Network Place
Chigago, LA 60673-1235

SRD TOURS, LLC.
1724 S. JEFFERSON DAVIS PKWY
NEW ORLEANS, LA 70125

THE LAMAR COMPANY, LLC.
10571 OUTDOOR WAY
GULFPORT, MS 39503

WMS GAMING INC CORPORATE RECEIPTS
23571 NETWORK PLACE
CHICAGO, IL 60673-1235

STAPLES ADVANTAGE
DEPT ATL P.O. BOX 405386
ATLANTA, GA 30384-5386

THE PENINSULA PRESS
P.O. BOX 644
WEST DENNIS, MA 02670

WQBB
1909 EAST PASS ROAD, STE D-11
GULFPORT, MS 39507

SWEETWATER SOUND INC.
5501 US HIGHWAY 30 WEST
FORT WAYNE, IN 46818

TRINITY VIP TRAVEL, LLC.
5331 COMMERICAL WAY #114
SPRING HILL, FL 34606

YESCO-GULFPORT
PO BOX 3827
JACKSON, MS 39207

YESCO-LAS VEGAS
P.O. BOX 11676
TACOMA, WA 98411


ZURICH NORTH AMERICAN
8734 PAYSPHERE CIRCLE
CHICAGO, IL 60674

ACCUITY, INC.
PO BOX 7247-8076
PHILADELPIA, PA 19170-8076

ARENA FIRE PROTECTION, INC.
P.O. BOX 460
HURLEY, MS 39555

BILOXI PUBLIC SCHOOLS
P.O. BOX 168
BILOXI, MS 39533

ACE DATA STORAGE
3305 33RD AVENUE, STE A
GULFPORT, MS 39501

ARGENTUM RISK SOLUTIONS, LLC
1323 28TH AVE, STE B
GULFPORT, MS 39501

BILOXI SCREEN PRINT COMPANY
P.O. BOX 8150
BILOXI, MS 39535

ACI INTERNATIONAL
844 MORAGA DRIVE
LOS ANGELES, CA 90049

ARISTOCRAT
DEPT 849540
LOS ANGELES, CA 90084-9540

BMI
10 MUSIC SQUARE EAST
NASHVILLE, TN 37203-4399

ACL, LLC*
P.O. BOX 3058
GULFPORT, MS 39505

ARUZE GAMING AMERICA
PO BOX 843166
LOS ANGELES, CA 90084-3166

BORDEN DAIRY CO OF AL LL.C
P.O. BOX 972431
DALLAS, TX 75397-2431

ADVANCED DISPOSAL SERVICES
P.O. BOX 791064
BALTIMORE, MD 21279-1064

ASCAP
2 MUSIC SQUARE EAST
NASHVILLE, TN 37203

BRINKS INCORPORATED
P.O. BOX 101-031
ATLANTA, GA 30392

AFLAC GROUP INSURANCE
2801 DEVINE STREET
COLUMBIA, SC 29205

AUTO-CHLOR SERVICES, LLC.
P.O. BOX 4869
HOUSTON, TX 77210-4869

BRUMFIELD AND THOMAS BUS SERVICE
501 NEWMAN LANE
KENTWOOD, LA 70444

AGILYSYS NV, LLC
1858 PAYSPHERE CIRCLE
CHICAGO, IL 60674

Bally Gaming
6601 South Bermuda Road
Las Vegas, NV 89119-3605

BUTLER, SNOW, O'MARA, ET AL*
P.O. BOX 6010
RIDGELAND, MS 39158

AIRGAS USA, LLC.
P.O. BOX 532609
ATLANTA, GA 30353-2609

BALLY GAMING, INC.
LOCKBOX #749335
LOS ANGELES, CA 90074-9335

BYRD & WISER
P.O. BOX 1939
BILOXI, MS 39533

ALABAMA MEDIA GROUP
P.O. BOX 905924
CHARLOTTE, NC 28290-5924

BAMA TOURS, INC.
P.O. BOX 44
THEODORE, AL 36590

CABLEONE ADVERTISING
283 DEBUYS ROAD
GULFPORT, MS 39507

AMERICAN ESOTERIC LABORATORY*
P.O. BOX 144225
AUSTIN, TX 78714

BILOXI PAPER COMPANY
P.O. BOX 6309
D'IBERVILLE, MS 39540

CASINO CONCEPTS AND DESIGN, INC.
4072 SUNSET LANE
PEBBLE BEACH, CA 93953

CDW DIRECT
P.O. BOX 75723
CHICAGO, IL 60675-5723

COCA COLA BOTTLING COMPANY
P.O. BOX 751257
CHARLOTTE, NC 28275-1257

ENTERCOM COMMUNICATIONS CORP
400 POYDRAS ST, STE. 800
NEW ORLEANS, LA 70130

CENTRAL CREDIT, LLC
P.O. BOX 95275
LAS VEGAS, NV 89193-5275

CRESCO, INC.
P.O. DRAWER 6827
GULFPORT, MS 39506

EXPRESS SERVICES, INC.
PO BOX 203901
DALLAS, TX 75320-3901

CHARTER COMMUNICATIONS
PO BOX 952993
ST. LOUIS, MO 63195-2993

CUMMINS-ALLISON CORPORATION
852 FEEHANVILLE DRIVE
MT PROSPECT, IL 60056

FANCY FACES, INC.
73128 HWY 1077
COVINGTON, LA 70433

CINTAS CORPORATION #240
ATTN: J66/ 240
CINCINNATI, OH 45263-0921

CYPRESS OUTDOOR ADVERTISING LLC
PO BOX 15457
HATTIESBURG, MS 39404

FARMER BROTHERS COMPANY
P.O. BOX 79705
CITY OF INDUSTRY, CA 91716-9705

CLEAR CHANNEL BROADCASTING, INC.
P.O. BOX 402539
ATLANTA, GA 30349

DC TRAILS INC.
8025 MIMS STREET
LORTON, VA 22079

FEDEX
P.O. BOX 660481
DALLAS, TX 75266-0481

CNR PROMOTIONS
7159 GERARD DRIVE
EDEN PRINIE, MN 55346

DEUTSCH, KERRIGAN & STILES, LLP
755 MAGAZINE STREET
NEW ORLEANS, LA 70130

FEDEX FREIGHT
DEPT CH, P.O. BOX 10306
PALATINE, IL 60055-0306

COAST BENCH ADVERTISING
331 SPRATLEY AVE
BILOXI, MS 39531

DUNAWAY SIGNS, INC.
12224 PARKER CREEK ROAD
BILOXI, MS 39532

FOCUS PUBLISHING COMPANY
P.O. BOX 8304
GULFPORT, MS 39506

COAST OBSERVER
P.O. BOX 696
OCEAN SPRINGS, MS 39566-0696

E FIRE INC
2075 MCCULLOUGH ROAD
TUPELO, MS 38801

FULL COMPASS SYSTEMS LTD.
9770 SILICON PRAIRIE PKWY
MADISON, WI 53593-8442

COAST RADIO GROUP
10250 LORRAINE RD.
GULFPORT, MS 39503

ECOLAB FOOD SAFETY SPECIALTIES
24198 NETWORK PLACE
CHICAGO, IL 60673-1241

G&D AMERICA, INC.
DEPT AT - 952367
ATLANTA, GA 31192-2367

COAST TRANSIT AUTHORITY*
333 DEBUYS ROAD
GULFPORT, MS 39507

ELLZEY'S HARDWARE
750 HOWARD AVENUE
BILOXI, MS 39530

GALAXY GAMING, INC.
6767 SPENCER STREET
LAS VEGAS, NV 89119

GAMING PARTNERS INTERNATIONAL
1700 INDUSTRIAL BOULEVARD
LAS VEGAS, NV 89102

HOTARD COACHES, INC.
2838 TOURO STREET
NEW ORLEANS, LA 70122

J.H. HAYNES ELECTRIC COMPANY, INC.
P.O. BOX 637
GULFPORT, MS 39502

GILL GROUP, INC.
2128 ESPEY COURT
CROFTON, MD 21114

HUGHES SUPPLY
10645 AUTO MALL PKWY
D'IBERVILLE, MS 39540-3762

JARDEN CONSUMER SOLUTIONS
P.O. BOX 842509
BOSTON, MA 02284

GLOBAL PAYMENTS CHECK SERVICES, INC.
P.O. BOX 66700
CHICAGO, IL 60666-0700

ICIMS.COM INC
90 MATAWAN RD., PKWY 120, 5TH FLOOR
MATAWAN, NJ 07747

JENKINS, CONSTANCE P
4908 DALE DRIVE
COLUMBIA, SC 29203

GMPC, LLC.
11390 W OLYMPIC BLVD STE 400
LOS ANGELES, CA 90064

ID GROUP, INC.
280 TRACE COLONY PARK
RIDGELAND, MS 39157

JOE P. MARKETING, LLC.*
220 W. TROTTERS DRIVE
MAITLAND, FL 32751

GREMILLION & POU INC.
7225 FERN AVE, STE 1000
SHREVEPORT, LA 71105

IGT - EASTERN OPERATING #774028
4028 SOLUTIONS CENTER
CHICAGO, IL 60677-4000

JOHN FAYARD MOVING & WAREHOUSE
P.O. BOX 2189
GULFPORT, MS 39505

GULF COAST LAUNDRY SERVICES
12071 SEAWAY ROAD
GULFPORT, MS 39503

IGT-MS MEGAJACKPOTS #7704016
4016 SOLUTIONS CENTER
CHICAGO, IL 60677-4000

Knight Abbey
315 Caillavet Street
Biloxi, MS 39530

GULF COAST PRODUCE
P.O. BOX 203
BILOXI, MS 39533-0203

IMAGINE THIS
43 CORPORATE PARK, STE 102
IRVINE, CA 92606

KNIGHT-ABBEY COMMERCIAL PRINTING, IN
315 CAILLAVET STREET
BILOXI, MS 39530

HAMCO OF NEW ORLEANS
P.O. BOX 23824
NEW ORLEANS, LA 70183-0824

INCREDIBLE TECHNOLOGIES INC.
200 CORPORATE WOODS PARKWAY
VERNON HILLS, IL 60061-3171

KONE INC.
P.O. BOX 429
MOLINE, IL 61266-0429

HATTIESBURG AMERICAN
P.O. BOX 677573
DALLAS, TX 75267-7573

INSPECTION & VALUATION INTERNATIONA
55 WEST RED OAK LANE
WHITE PLAINS, NY 10604

KRAMER GRAPHICS INC.
2408 WEST DOROTHY LANCE
DAYTON, OH 45439

HERITAGE FOOD SERVICE GROUP
PO BOX 71595
CHICAGO, IL 60694-1595

ISLAND SCAPES, LLC.
14612 BIG RIDGE RD
BILOXI, MS 39532

L&L BROADCASTING LLC
1909 EAST PASS ROAD
GULFPORT, MS 39507

Debtor(s):  MVB Holding, LLC

Case No.

Chapter: 11

SOUTHERN DISTRICT OF MISSISSIPPI

GULFPORT DIVISION

LADY DI'S INC.
1025 GOVERNMENT STREET
OCEAN SPRINGS, 39564

MODERN GAMING, INC.
20415 HIGHWAY 16
DENHAM SPRINGS, LA 70726

ORKIN PEST CONTROL
PO BOX 466
LONG BEACH, MS 39560

LAKES ENTERTAINMENT, INC.
130 CHESHIRE LANE, STE 101
MINNETONKA, MN 55305

Multimedia Games, Inc
206 Wild Basin Road South, Bldg B
Austin, TX 78746

PAPARAZZI PHOTOGRAPHY & ENTERTAINM
841 MOCKINGBIRD LANE
PLANTATION, FL 33324

M2, MEDIA CORP
12268 INTRAPLEX PARKWAY
GULFPORT, MS 39503

MULTIMEDIA GAMES, INC.
206 WILD BASIN ROAD SOUTH, BLDG B
AUSTIN, TX 78746

PARTY CITY HOLDINGS, LLC.
520 ELMWOOD PARK BLVD. STE 110
HARAHAN, LA 70123

MARGARITAVILLE ENTERPRISES
6800 LAKEWOOD PLAZA DRIVE
ORLANDO, FL 32819

MULTIMEDIA HOLDINGS CORPORATION
P.O. BOX 677590
DALLAS, TX 75267-7590

PATRIOT GAMING & ELECTRONICS, INC.
217 NORTH LINDBERG AVENUE
GRIFFITH, IN 46319

MCC SERVICE, LLC
PO BOX 7460
METAIRIE, LA 70010

NATIONAL CRED-A-CHEK, INC.
2240 SUNSET BOULEVARD
SAN DIEGO, CA 92103

PDS GAMING CORPORATION
6280 ANNIE OAKLEY DRIVE
LAS VEGAS, NV 89120-4048

MCGLADREY LLP. INC
5155 PAYSPHERE CIRCLE
SCHAUMBURG, IL 60674

NEED A BUS, INC.
5705 N. PALAFOX STREET
PENSACOLA, FL 32503

PDS Gaming Corporation-Mississippi & NSA
6280 Annie Oakley Drive
Las Vegas, NV 89120

MEDIACOM SOUTHEAST LLC
PO BOX 1317
GULF BREEZE, FL 32562

NEXTGEN CAPITAL LLC.
75 14TH STREET STE 2710
ATLANTA, GA 30309

PERKINS, VIRGINIA*
P.O. BOX 821306
VICKSBURG, MS 39182

MEGAGATE BROADBAND
6184 US HIGHWAY 98 WEST STE 200
HATTIESBURG, MS 39402

NUCO2 LLC
2800 SE MARKET PLACE
STUART, FL 34997

POWER PROMOTIONS, LLC
3170 E. SUNSET ROAD STE H
LAS VEGAS, NV 89120

MERCH360
76 SULLIVAN  STREET
CHARLESTOWN, MA 02129

OCTOBERLIGHT DESIGN LLC
PO BOX 20261
GREENSBORO, NC 27420-0261

PROMO ONLY
257 SOUTH LAKE DESTINY DRIVE
ORLANDO, FL 32810

MICRO GAMING TECHNOLOGIES, INC.
7690 WEST SAHARA AVE.
LAS VEGAS, NV 89117

ON THE ROAD AGAIN TOURS, INC.
1546 SOUTH MCCALL ROAD
ENGLEWOOD, FL 34223

Property Tax Associates
PO Box 1545
Ridgeland, MS 39158

PROPERTY TAX ASSOCIATES, INC.
P.O. BOX 1545
RIDGELAND, MS 39158

Roy Anderson Corporation
PO Box 2
Gulfport, MS 39502

SPIELO INTERTNATIONAL USA LLC
P.O. BOX 49008
SAN JOSE, CA 95161

QUALITY POULTRY & SEAFOOD
895 DIVISION STREET
BILOXI, MS 39530

SCHNEIDER HENCE
209 HILLWOOD BLVD
NASHVILLE, TN 37205

SRD TOURS, LLC.
1724 S. JEFFERSON DAVIS PKWY
NEW ORLEANS, LA 70125

RAINBOW SPRING WATER, INC.
3310 OLD MOBILE HIGHWAY
PASCAGOULA, MS 39581

SCOOTERBUG, INC.
2126 W LANDSTREET RD. STE 300
ORLANDO, FL 32809

STAPLES ADVANTAGE
DEPT ATL P.O. BOX 405386
ATLANTA, GA 30384-5386

RAY ZIEGLER INVESTMENTS, LLC.
PO BOX 58739
NEW ORLEANS, LA 70158

SDS DESIGN ASSOCIATES INC.
2534 BERYL AVENUE
WHITEHALL, PA 18052

SWEETWATER SOUND INC.
5501 US HIGHWAY 30 WEST
FORT WAYNE, IN 46818

RAYCOM TV BORADCASTING INC.
LOCKBOX #1380, P.O. BOX 11407
BIRMINGHAM, AL 35246-1380

SECURCASH PRODUCTS, LLC.
7709 KENDRICK CROSSING LANE
LOUISVILLE, KY 40291

SYSCO FOOD SERVICE*
P.O. BOX 10950
JEFFERSON, LA 70181-0950

REBEL SOUND SYSTEMS, INC.
21032 DAUGHERTY ROAD
LONG BEACH, MS 39560

SESAC LLC
55 MUSIC SQUARE
NASHVILLE, TN 37203

TECH ART MANUFACTURING, INC.
4185 WEST TECO AVENUE
LAS VEGAS, NV 89118

Reinhart Food Service Louisiana
918 Edwards Avenue
Harahan, LA 70123

SGPS SHOWRIG NEW ORLEANS, INC.
13800 OLD GENTILLY RD. #325
NEW ORLEANS, LA 70129

TEKLINKS, INC.
P.O. BOX 830674
BIRMINGHAM, AL 35283

REINHART FOODSERVICE LOUISIANA
918 EDWARDS AVE.
HARAHAN, LA 70123

SHULAR OUTDOOR COMPANY
9475 HIGHWAY 49
GULFPORT, MS 39503-4227

TERVIS TUMBLER COMPANY
201 TRIPLE DIAMOND BLVD
NORTH VENICE, FL 34275

RETAIL TECHNOLOGIES CORPORATION
7606 PRESIDENTS DRIVE
ORLANDO, FL 32809

SINCLAIR TELEVISION GROUP INC
651 BEACON PKWY STE105
BIRMINGHAM, AL 35209

THE CENTER FOR HEALTH MANAGEMENT*
3300 15TH STREET
GULFPORT, MS 39501

RICO INDUSTRIES, INC./TAG EXPRESS
8030 SOLUTIONS CENTER
CHICAGO, IL 60677-8000

SOUTHERN WINE & SPIRITS OF MS
P.O. BOX 540
RIDGELAND, MS 39158

THE COMING HOME FOODS COMPANY*
5240 FINCH AVENUE EAST, UNIT 2
TORONTO, ONTARIO M1S5A2

THE LAMAR COMPANY, LLC.
10571 OUTDOOR WAY
GULFPORT, MS 39503

WQBB
1909 EAST PASS ROAD, STE D-11
GULFPORT, MS 39507

THE PENINSULA PRESS
P.O. BOX 644
WEST DENNIS, MA 02670

YESCO-GULFPORT
PO BOX 3827
JACKSON, MS 39207

TRINITY VIP TRAVEL, LLC.
5331 COMMERICAL WAY #114
SPRING HILL, FL 34606

YESCO-LAS VEGAS
P.O. BOX 11676
TACOMA, WA 98411

TURNING POINT GAMING
2821 N. OCEAN BLVD., STE307S
FT. LAUDERDALE, FL 33308

ZURICH NORTH AMERICAN
8734 PAYSPHERE CIRCLE
CHICAGO, IL 60674

WEGMANN DAZET & COMPANY*
111 VETERANS BLVD, #800
METAIRIE, LA 70005

WELLS GAMING RESEARCH
6900 S MCCARRAN BLVD, STE 3030
RENO, NV 89509

WESCO DISTRIBUTION
2835 ANDREW AVENUE
PASCAGOULA, MS 39567

WKRG-TV
P.O. BOX 26629
RICHMOND, VA 23261-6629

WMS Gaming Inc
23571 Network Place
Chiqago, LA 60673-1235

WMS GAMING INC CORPORATE RECEIPTS
23571 NETWORK PLACE
CHICAGO, IL 60673-1235