B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

IN RE: **MVB Holding, LLC**　　　　　　　　　　　　Case No. 14-51430-KMS

　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Roy Anderson Corporation<br>PO Box 2<br>Gulfport, MS 39502 | | Note Payable | | $1,376,152.00 |
| Bally Gaming<br>6601 South Bermuda Road<br>Las Vegas, NV 89119-3605 | | Trade Debt | | $423,295.61 |
| SYSCO FOOD SERVICE*<br>P.O. BOX 10950<br>JEFFERSON, LA 70181-0950 | | Trade Debt | | $315,432.08 |
| BUTLER, SNOW, O'MARA, ET AL*<br>P.O. BOX 6010<br>RIDGELAND, MS 39158 | | Services | | $257,002.91 |
| GREMILLION & POU INC.<br>7225 FERN AVE, STE 1000<br>SHREVEPORT, LA 71105 | | Advertising | | $219,805.68 |
| BALLY GAMING, INC.<br>LOCKBOX #749335<br>LOS ANGELES, CA 90074-9335 | | Trade Debt | | $218,939.18 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

IN RE: **MVB Holding, LLC**  Case No. 14-51430-KMS

Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| WMS Gaming Inc 23571 Network Place Chigago, LA 60673-1235 | | Trade Debt - Lease | | **$199,719.53** |
| WMS GAMING INC CORPORATE RECEIPTS 23571 NETWORK PLACE CHICAGO, IL 60673-1235 | | Trade Debt - Lease | | **$196,369.96** |
| THE LAMAR COMPANY, LLC. 10571 OUTDOOR WAY GULFPORT, MS 39503 | | Advertising | | **$188,101.00** |
| ACL, LLC* P.O. BOX 3058 GULFPORT, MS 39505 | | Trade Debt - Lease | | **$165,000.00** |
| IGT - EASTERN OPERATING # 774028 4028 SOLUTIONS CENTER CHICAGO, IL 60677-4000 | | Trade Debt - Lease | | **$141,572.20** |
| ARISTOCRAT DEPT 849540 LOS ANGELES, CA 90084-9540 | | Trade Debt | | **$120,669.51** |
| REINHART FOODSERVICE LOUISIANA 918 EDWARDS AVE. HARAHAN, LA 70123 | | Trade Debt | | **$119,946.76** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

IN RE: **MVB Holding, LLC**     Case No. 14-51430-KMS

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| IGT-MS MEGAJACKPOTS # 7704016<br>4016 SOLUTIONS CENTER<br>CHICAGO, IL 60677-4000 | | Trade Debt - Lease | | $100,642.16 |
| PDS Gaming Corporation-Mississippi & NSA<br>6280 Annie Oakley Drive<br>Las Vegas, NV 89120 | | Note Payable | | $100,000.00 |
| Reinhart Food Service Louisiana<br>918 Edwards Avenue<br>Harahan, LA 70123 | | Trade Debt | | $79,915.33 |
| MULTIMEDIA GAMES, INC.<br>206 WILD BASIN ROAD SOUTH, BLDG B<br>AUSTIN, TX 78746 | | Trade Debt | | $65,462.60 |
| Multimedia Games, Inc<br>206 Wild Basin Road South, Bldg B<br>Austin, TX 78746 | | Trade Debt | | $65,462.60 |
| MCGLADREY LLP. INC<br>5155 PAYSPHERE CIRCLE<br>SCHAUMBURG, IL 60674 | | Services | | $62,621.00 |
| MARGARITAVILLE ENTERPRISES<br>6800 LAKEWOOD PLAZA DRIVE<br>ORLANDO, FL 32819 | | Trade Debt | | $56,624.20 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

IN RE:   **MVB Holding, LLC**                                          Case No.   14-51430-KMS

                                                                                                Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **President/CEO** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **9/16/2014**                    Signature: **/s/ Doug Shipley**
                                                               *Doug Shipley*
                                                               **President/CEO**