IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE: MVB HOLDING, LLC**                    **CHAPTER 11 CASE NO: 14-51430-KMS**

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002 and 9010(b),

**William P. Wessler**, Attorney at Law hereby enters his appearance in this case on behalf of **Clay**

**Point, LLC**, and requests that he receive copies of all pleadings, notices or other papers in this case

and that these may be addressed as follows:

> William P. Wessler MSB # 7110
> W. Gerry Wessler MSB # 104492
> Attorneys at Law
> 1624 24th Avenue
> Gulfport, MS 39501
> Telephone: (228) 863-3686
> Facsimile: (228) 863-7877
> E-Mail: wwessler@cableone.net

PLEASE TAKE FURTHER NOTICE, that this entry of appearance is not intended as, nor is it a

consent to, jurisdiction of the Bankruptcy Court over said parties, specifically, but not limited to (i)

said party's right to have final orders in non-core matters entered only after de novo review by a

district judge, (ii) the right to a trial by jury in any proceeding so triable herein, or in any case,

controversy or proceeding related hereto, (iii) the right to have the reference withdrawn by the

District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other

rights, claims, actions, defenses, setoffs, or recoupments to which said parties may be entitled, in law

or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly

reserved.

DATED, this the 17th DAY OF SEPTEMBER, 2014.

/s/ William P. Wessler

WILLIAM P. WESSLER

## CERTIFICATE OF SERVICE

I, WILLIAM P. WESSLER, do hereby certify that I have this day mailed, postage prepaid, (or delivered electronically) a true and correct copy of the above and foregoing notice of to the following:

1. United States Trustee
   Christopher.J.Steiska@usdoj.us
2. Robert Alan Byrd
   rab@byrdwiser.com

SO CERTIFIED, this the 17th DAY OF SEPTEMBER, 2014.

/s/ *William P. Wessler*
WILLIAM P. WESSLER MSB# 7110
W. GERRY WESSLER MSB# 104492
ATTORNEYS AT LAW
1624 24th AVENUE
GULFPORT, MS 39501
TELEPHONE (228) 863-3686
FACSIMILE (228) 863-7877
wwessler@cableone.net