**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

| | |
|---|---|
| IN RE:  MVB HOLDING, LLC | CASE NO. 14-51430-KMS |
| DEBTOR | CHAPTER 11 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

NOTICE is hereby given, in accordance with Bankruptcy Rule 9010(b) that William J. Little, Jr., 2012 23rd Avenue, Gulfport, Mississippi 39501, littlewj@bellsouth.net, hereby enters his appearance on behalf of The Citizens Bank of Philadelphia and Liberty Bank.

Request is hereby made, pursuant to Bankruptcy Rules 2002, 3017, 4001, 9010(b), 9013 and 9014, that the undersigned attorney be given and served with a true and complete copy of all notices given or required to be given in this proceeding, including, but not limited to, motions, applications, requests, petitions, complaints, pleadings, orders, judgments, disclosure statements, plans of reorganization or liquidation, reports and other documents brought before this Court in this case, whether formal or informal, written or oral, transmitted or conveyed in person or by mail, delivery, telephone, telegraph, telex or otherwise, which may relate to or affect the above-styled and numbered proceeding.

DATED this the 17th day of September, 2014.

Respectfully submitted,

THE CITIZENS BANK OF PHILADELPHIA AND LIBERTY BANK

BY: /s/William J. Little, Jr.
　　WILLIAM J. LITTLE, JR., THEIR ATTORNEY

OF COUNSEL:
William J. Little, Jr., MSB#1287
LENTZ & LITTLE, PA
2012 23rd Avenue
Gulfport, Mississippi 39501
(228) 867-6050
littlewj@bellsouth.net

CERTIFICATE OF SERVICE

      I certify that I caused a true and correct copy of the above and foregoing to be filed with the Court's ECF system which electronically served all counsel of record, including the following:

United States Trustee : USTPRegion05.JA.ECF@usdoj.gov
Robert A. Byrd, Debtors Attorney:  rab@byrdwiser.com

      SO CERTIFIED, this the 17th day of September, 2014.

                          /s/William J. Little, Jr.
                          William J. Little, Jr.