## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| *In re:* | § | Chapter 11 |
| | § | |
| MVB HOLDING, LLC, | § | Case No.: 14-51430-KMS |
| | § | |
| Debtor. | § | |

_____

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES
_____

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., through its undersigned member, hereby gives notice of its appearance in this case on behalf of PDS Gaming Corporation ("PDS"), and does hereby request that all notices required to be given under Bankruptcy Rule 2002, including notices under Bankruptcy Rule 2002(i) that, but for this request, would be provided only to a committee appointed pursuant to the Bankruptcy Code or its authorized agents, be given to PDS's attorney at the following address:

> Alan L. Smith, Esq.
> Baker, Donelson, Bearman,
>   Caldwell & Berkowitz, PC
> 4268 I-55 North
> Meadowbrook Office Park
> Jackson, Mississippi 39211
> Telephone:    (601) 351-8932
> Facsimile:    (601) 974-8932
> ECF Noticing E-mail:  asmith@bakerdonelson.com

PDS hereby further notifies all parties of interest in this case that it is represented by the undersigned attorney and requests that the Clerk of the Court place the undersigned attorney on any Master Service List in this case and that all counsel of record provide the undersigned attorney with copies of all pleadings, notices and other filings made in this case, including, without limitation, notices regarding and (if applicable) copies of any hearing, order, demand,

request, complaint, motion, application or other pleading, whether formal or informal and

however transmitted or filed (by mail, facsimile, telephone or otherwise).  The Clerk of the Court

and all counsel of record are requested to direct all communications to the undersigned attorney

at the address, telephone or facsimile number set forth above.

Respectfully submitted,

PDS GAMING CORPORATION

By:  */s/ Alan L. Smith*
        Alan L. Smith (MS Bar #10345)

**OF COUNSEL:**

BAKER, DONELSON, BEARMAN,
        CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi 39211
Telephone:      (601) 351-8932
Facsimile:      (601) 974-8932
asmith@bakerdonelson.com

-2-

## <u>CERTIFICATE OF SERVICE</u>

I, Alan L. Smith, do hereby certify that on this day the foregoing paper was filed electronically with the Clerk of the Court using the Court's ECF system, which served a true and correct copy of such paper electronically on all parties enlisted to receive service electronically as of the date hereof, including the following:

Henry G. Hobbs, Jr., Esq.
USTPRegion05.JA.ECF@usdoj.gov

Robert Alan Byrd, Esq.
rab@byrdwiser.com

This, the 18th day of September, 2014.


By:   /s/ Alan L. Smith
      Alan L. Smith (MS Bar #10345)