IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: MVB HOLDING, LLC　　　　　　　　　　NO. 14-51430-KMS

　　　　　　　　　　　　　　　　　　　　　　CHAPTER 11

## CORPORATE OWNERSHIP STATEMENT

　　　Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and/or 7007.1 and to enable Judges to more effectively evaluate possible disqualification or recusal issues, the undersigned counsel for the Debtor-in-Possession, ROBERT ALAN BYRD, certifies that there is one corporation that directly or indirectly own(s) 10% or more of any class of the limited liability company's equity interests listed below.

NextGen Margaritaville Biloxi Fund, LP　　　(52.79%)
786 Indian Hills Parkway
Marietta, GA 30068

　　　Respectfully submitted this the __18th__ day of September, 2014.

　　　　　　　　　　　　　　　　BY:　MVB HOLDING, LLC, DEBTOR

　　　　　　　　　　　　　　　　BY:　BYRD & WISER

　　　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　　ROBERT ALAN BYRD, MSB#7651

## CERTIFICATE

I, ROBERT ALAN BYRD, Attorney for Debtor, do hereby certify that I have this day filed and caused to be delivered a copy of the above and foregoing Corporate Ownership Statement to the U.S. Trustee via the Court's ECF system at USTPRegion05.JA.ECF@usdoj.gov.

　　　This the __18th__ day of September, 2014.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ROBERT ALAN BYRD, MSB#7651

**Prepared by:**
Robert Alan Byrd
BYRD & WISER
Attorneys at Law
145 Main Street -39530
P O Box 1939
Biloxi MS 39533
Tel: 228.432.8123
Fax: 228.432.7029
Email: rab@byrdwiser.com