## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:     MVB HOLDING, LLC | CASE NO.    14-51430-KMS |
| DEBTOR(S) | CHAPTER    11 |

### NOTICE OF APPOINTMENT OF
### CHAPTER 11 UNSECURED CREDITORS' COMMITTEE

NOTICE IS HEREBY GIVEN that Henry G. Hobbs, Jr., Acting United States Trustee for Region 5, has appointed an unsecured creditors' committee in the above styled and numbered case, and those members are listed on the attached Appointment of Unsecured Creditors' Committee.

RESPECTFULLY SUBMITTED, this the 9th day of October, 2014.

                                               HENRY G. HOBBS, JR.
                                               Acting United States Trustee
                                               Region 5, Judicial Districts of
                                               Louisiana and Mississippi

                              By:     */s/Christopher J. Steiskal, Sr.*
                                                        CHRISTOPHER J. STEISKAL, SR.

CHRISTOPHER J. STEISKAL, SR. (MSB #101654)
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE, REGION 5
501 EAST COURT STREET, SUITE 6-430
JACKSON, MISSISSIPPI  39201
TEL:  (601) 965-5241
FAX:  (601) 965-5226
EMAIL:  christopher.j.steiskal@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | | |
|---|---|---|---|
| IN RE: | MVB HOLDING, LLC | CASE NO. | 14-51430-KMS |
| | DEBTOR(S) | CHAPTER | 11 |

## APPOINTMENT OF CHAPTER 11 CREDITORS' COMMITTEE

PURSUANT to 11 U.S.C. § 1102, Henry G. Hobbs, Jr., Acting United States Trustee for Region 5, hereby appoints the following creditors holding unsecured claims in the above styled and numbered case to serve on the unsecured creditors' committee:

**NAME AND ADDRESS OF INDIVIDUAL SERVING AND NAME OF CREDITOR**:

1. Bally Gaming, Inc., d/b/a Bally Technologies
   c/o A.C. Ansani
   6650 El Camino Road
   Las Vegas, NV  89118
   Telephone: (702) 532-7515
   Facsimile: (702) 532-5326
   Email: aansani@ballytech.com

2. Gremillion & Pou and Assoc., Inc.
   c/o R. Joseph Naus
   Wiener, Weiss & Madison
   P.O. Box 21990
   Shreveport, LA  71120-1990
   Telephone: (318) 226-9100 Ext. 244
   Facsimile: (318) 424-5128
   Email: rjnaus@wwmlaw.com

3. Lamar Advertising
   Robert S. Bewick
   5321 Corporate Blvd.
   Baton Rouge, LA  70808
   Telephone: (800) 235-2627 Ext. 228
   Facsimile: (225) 926-1281
   Email: bbewick@lamar.com

RESPECTFULLY SUBMITTED, this the 9th day of October, 2014.

            HENRY G. HOBBS, JR.
            Acting United States Trustee
            Region 5, Judicial Districts of
            Louisiana and Mississippi

By:   */s/Christopher J. Steiskal, Sr.*
      CHRISTOPHER J. STEISKAL, SR.

CHRISTOPHER J. STEISKAL, SR. (MSB #101654)
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE, REGION 5
501 EAST COURT STREET, SUITE 6-430
JACKSON, MISSISSIPPI 39201
TEL: (601) 965-5241
FAX: (601) 965-5226
EMAIL: christopher.j.steiskal@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that I have this day mailed via first class U.S. Mail, and/or forwarded via facsimile and electronic mail, a true and correct copy of the foregoing pleading to the below named individual(s):

Bally Gaming, Inc., d/b/a Bally Technologies
c/o A.C. Ansani
6650 El Camino Road
Las Vegas, NV 89118
Facsimile: (702) 532-5326
Email: aansani@ballytech.com

Lamar Advertising
Robert S. Bewick
5321 Corporate Blvd.
Baton Rouge, LA 70808
Facsimile: (225) 926-1281
Email: bbewick@lamar.com

Gremillion & Pou and Assoc., Inc.
c/o R. Joseph Naus
Wiener, Weiss & Madison
P.O. Box 21990
Shreveport, LA 71120-1990
Facsimile: (318) 424-5128
Email: rjnaus@wwmlaw.com

Robert A. Byrd
Email: rab@byrdwiser.com

DATED, this the 9th day of October, 2014.

            */s/Christopher J. Steiskal, Sr.*
            CHRISTOPHER J. STEISKAL, SR.