IN THE UNITED STATES BANKRUPTCY COURT
IN THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:

MVB HOLDING, LLC                          NO. 14-51430 KMS

DEBTOR'S MOTION FOR AUTHORITY TO
SELL PERSONAL PROPERTY FREE AND CLEAR OF LIENS

Comes now MVB Holding, LLC, by and through its undersigned counsel of record, Byrd and Wiser, and files this its Motion for Authority to Sell Personal Property, Free and Clear of Liens, pursuant to Section 363 of the Bankruptcy Code and Rule 6004, F.R.Bankr.P., and in support of same would show unto the Court the following, to-wit:

I

That the Movant filed its Petition for Relief pursuant to Chapter 11 of the Bankruptcy Code on September 16, 2014.

II

That the Movant remains as Debtor-in-Possession.  No Trustee has been appointed nor has one been requested.

III

This Court has jurisdiction over the subject matter pursuant to 28 USC Section 1334(b) and Sections 105 and 363 of the Bankruptcy Code.  The instant Motion is a core proceeding pursuant to 28 USC Section 157(b)(2)(M)

IV

The Debtor owns certain tangible personal property, more particularly described as 86 gaming devices, all as more fully

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI. MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

set forth on Exhibit "A" attached hereto.

V

The Debtor received an offer to purchase all eighty six (86) of the subject matter gaming devices from Riverboat Corporation of Mississippi dba Golden Nugget Biloxi ("Golden Nugget"), for the principal sum of $685,998.00.  The Movant would show unto the Court that the offer received is fair and equitable and is in the best interest of the Estate.

VI

That notice of the proposed sale has been forwarded to all parties in interest, and if no objections are filed within seven (7) days from date of said notice, your Movant should be authorized to sell said property as requested.

VII

Section 363(b)(1) of the Bankruptcy Code provides that a trustee, or Debtor-in-Possession, after notice and a hearing, may use, sell or lease, other than in the ordinary course of business, property of the estate".  As a general matter, "A judge determining a Section 363(b) application [should] find from the evidence presented before [her] at the hearing a good business reason to grant such application".  In re Lionel Corp., 722 F.2d 1063, 1071 (2d Cir. 1983).  Certain factors pertinent to this analysis have been articulated; specifically, the court should consider whether:

(1) A sound business purpose justifies the sale'

(2) Accurate and reasonable notice of the sale was provided;

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

(3) The price to be paid is adequate, i.e., there is an absence of any lucrative deals with insiders. <u>In re The Landing</u>, 156 B.R. 246, 249 (Bankr. E.D. Mo. 1993); <u>In re Wilde Horse Enters, Inc.</u>, 137 B.R. 830, 841-42 (Bankr. C.D. Cal. 1991); <u>In re George Walsh Chevrolet, Inc.</u>, 118 B.R. 99, 102 (Bankr. E.D. Mo 1990); <u>In re Indus Valley Refrigeration & Air Conditioning Supplies, Inc.</u>, 77 B.R. 15, 21 (Bankr. E.D. Penn. 1987).

## VIII

The sale contemplated in this Motion meets each of these four requirements.  The proposed sale will provide a material benefit to the Estate by providing unencumbered funds to the Estate for the benefit of creditors.

## IX

The sale contemplated in this Motion is fair and reasonable and is the result of arms-length negotiations between the Debtor and the Buyer.  The sale described in the Motion represents the best offer the Debtor has received to date.

## X

The Debtor further submits that it is appropriate to sell the assets free and clear of (i) all liabilities and (ii) all liens, with any such liens attaching to the net sale proceeds of the purchased assets, pursuant to Section 363(b) and 363(f) of the Bankruptcy Code.

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

XI

The Debtor submits that the buyer has acted in good faith, and respectfully requests that any Order granting this Motion should specifically adjudge the buyer to be a good faith purchaser of the purchased assets for the purpose of 11 U.S.C. Section 363(m). See, e.g., In re Abbots Diaries of PA, Inc., 788 F.2d 143, 147-48 (3d Cir. 1986).

XII

PDS holds all appropriate licenses from the Mississippi Gaming Commission to purchase, own and possess the gaming devices, which are regulated by Mississippi law.

XIII

That the Movant should further be authorized to execute any documents necessary to effect a transfer of the Estates' interest in said personal property to said purchaser.

XIV

Given the time constraints faced by the Debtor in having to vacate the casino premises, the Debtor will entertain higher and better offers until such time as the Motion to Sell is granted, with any higher and better offeror to be substituted as the purchaser in the Sale Order.

WHEREFORE, premises considered, your Movant would pray that this Court enter its Order authorizing it to convey the eighty six (86) gaming devices, free and clear of liens, with liens to attach to the proceeds of sale, to Golden Nugget for $685,998.00, and further that the Movant be authorized to execute any and all necessary documents to effect such sale and

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

transfer, and your Movant prays for such other and further relief as is just and proper in the premises.

Respectfully submitted,

MVB HOLDING, LLC

BY:  BYRD & WISER

BY:  _____
ROBERT ALAN BYRD

## CERTIFICATE

I, ROBERT ALAN BYRD, Attorney for MVB Holding, LLC, do hereby certify that on this day the foregoing paper was filed electronically with the Clerk of the Court using the Court's ECF system, which served a true and correct copy of such paper electronically on all parties enlisted to receive service electronically as of the date hereof, including the following:

Louis Frascogna, Office of the Attorney General, at lfras@ago.state.ms.us

U.S. Trustee via the Court's ECF system at USTPRegion05.JA.ECF@usdoj.gov

This the __15__ day of October, 2014.

_____
ROBERT ALAN BYRD

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

| BNK | Pos | ASSET | MAST | Shipment | New/Used | DEN. | MANU | MDL | Vid/RLS | # RLS |
|-----|-----|-------|------|----------|----------|------|------|-----|---------|-------|
| E01 | 1 | 16560 | 2445 | MVB | USED | 0.01 | Aruze | G Comfort | Video Slot | 5 |
| E01 | 2 | 16571 | 2684 | MVB | USED | 0.01 | Aruze | G Comfort | Video Slot | 5 |
| E01 | 3 | 16582 | 2685 | MVB | USED | 0.01 | Aruze | G Comfort | Video Slot | 5 |
| E01 | 4 | 16590 | 2448 | MVB | USED | 0.01 | Aruze | G Comfort | Video Slot | 5 |
| E01 | 5 | 16601 | 2686 | MVB | USED | 0.01 | Aruze | G Comfort | Video Slot | 5 |
| E01 | 6 | 16610 | 2450 | MVB | USED | 0.01 | Aruze | G Comfort | Video Slot | 5 |
| E01 | 7 | 16620 | 2451 | MVB | USED | 0.01 | Aruze | G Comfort | Video Slot | 5 |
| E01 | 8 | 16631 | 2617 | MVB | USED | 0.01 | Aruze | G Comfort | Video Slot | 5 |
| A11 | 8 | 16500 | 2443 | MVB | USED | 0.01 | Aruze | G-ENEX2 | Video Slot | 5 |
| A11 | 9 | 16510 | 2444 | MVB | USED | 0.01 | Aruze | G-ENEX2 | Video Slot | 5 |
| F02 | 4 | 16670 | 2456 | MVB | USED | 0.01 | Aruze | G-ENEX2 | Reel Slot | 3 |
| F02 | 5 | 16681 | 2618 | MVB | USED | 0.01 | Aruze | G-ENEX2 | Video Slot | 3 |
| F02 | 6 | 16690 | 2458 | MVB | USED | 0.01 | Aruze | G-ENEX2 | Reel Slot | 3 |
| F02 | 7 | 16640 | 2453 | MVB | USED | 0.01 | Aruze | G-ENEX2 | Reel Slot | 3 |
| F02 | 8 | 16651 | 2619 | MVB | USED | 0.01 | Aruze | G-ENEX2 | Video Slot | 3 |
| F02 | 9 | 16660 | 2455 | MVB | USED | 0.01 | Aruze | G-ENEX2 | Reel Slot | 3 |
| A09 | 1 | 15251 | 1669 | MVB | New | 0.01 | Aruze | Innovator R | Reel Slot | 5 |
| A09 | 2 | 15261 | 1670 | MVB | New | 0.01 | Aruze | Innovator R | Reel Slot | 5 |
| A09 | 3 | 15272 | 2369 | MVB | New | 0.01 | Aruze | Innovator R | Reel Slot | 5 |
| A09 | 4 | 15281 | 1672 | MVB | New | 0.01 | Aruze | Innovator R | Reel Slot | 5 |
| A09 | 5 | 15291 | 1673 | MVB | New | 0.01 | Aruze | Innovator R | Reel Slot | 5 |
| A09 | 6 | 15302 | 2370 | MVB | New | 0.01 | Aruze | Innovator R | Reel Slot | 5 |
| A09 | 7 | 15311 | 1675 | MVB | New | 0.01 | Aruze | Innovator R | Reel Slot | 5 |
| A09 | 8 | 15321 | 1676 | MVB | New | 0.01 | Aruze | Innovator R | Reel Slot | 5 |
| C02 | 1 | 16300 | 2403 | MVB | New | 0.01 | Bally | Alpha Pro Curve | Reel Slot | 5 |
| C02 | 2 | 16310 | 2404 | MVB | New | 0.01 | Bally | Alpha Pro Curve | Reel Slot | 5 |
| C02 | 3 | 16320 | 2405 | MVB | New | 0.01 | Bally | Alpha Pro Curve | Reel Slot | 5 |
| C02 | 4 | 16330 | 2406 | MVB | New | 0.01 | Bally | Alpha Pro Curve | Reel Slot | 5 |
| C02 | 5 | 16340 | 2407 | MVB | New | 0.01 | Bally | Alpha Pro Curve | Reel Slot | 5 |
| C05 | 3 | 16351 | 2591 | MVB | New | 0.01 | Bally | Alpha Pro Curve | Video Slot | 5 |
| C05 | 4 | 16361 | 2592 | MVB | New | 0.01 | Bally | Alpha Pro Curve | Video Slot | 5 |
| C05 | 5 | 16371 | 2593 | MVB | New | 0.01 | Bally | Alpha Pro Curve | Video Slot | 5 |
| C05 | 6 | 16381 | 2594 | MVB | New | 0.01 | Bally | Alpha Pro Curve | Video Slot | 5 |
| C05 | 7 | 16391 | 2595 | MVB | New | 0.01 | Bally | Alpha Pro Curve | Video Slot | 5 |
| D12 | 1 | 16400 | 2413 | MVB | New | 0.01 | Bally | Alpha Pro V32 | Video Slot | 5 |
| D12 | 2 | 16410 | 2414 | MVB | New | 0.01 | Bally | Alpha Pro V32 | Video Slot | 5 |
| D12 | 3 | 16420 | 2415 | MVB | New | 0.01 | Bally | Alpha Pro V32 | Video Slot | 5 |
| D12 | 4 | 16430 | 2416 | MVB | New | 0.01 | Bally | Alpha Pro V32 | Video Slot | 5 |
| D12 | 5 | 16440 | 2417 | MVB | New | 0.01 | Bally | Alpha Pro V32 | Video Slot | 5 |
| D12 | 6 | 16450 | 2418 | MVB | New | 0.01 | Bally | Alpha Pro V32 | Video Slot | 5 |
| D16 | 1 | 16460 | 2419 | MVB | New | 0.01 | Bally | Alpha Pro V32 | Video Slot | 5 |
| D16 | 2 | 16470 | 2420 | MVB | New | 0.01 | Bally | Alpha Pro V32 | Video Slot | 5 |
| D16 | 3 | 16480 | 2421 | MVB | New | 0.01 | Bally | Alpha Pro V32 | Video Slot | 5 |
| D16 | 4 | 16490 | 2422 | MVB | New | 0.01 | Bally | Alpha Pro V32 | Video Slot | 5 |
| B01 | 8 | 16891 | 2482 | MVB | New | 0.01 | IGT | G23 MLD V2 | Reel Slot | 3 |
| F02 | 1 | 16821 | 2475 | MVB | New | 0.01 | IGT | G23 MLD V2 | Reel Slot | 3 |

| F02 | 2 | 16831 | 2476 | MVB | New | 0.01 | IGT | G23 MLD V2 | Reel Slot | 3 |
| F02 | 3 | 16842 | 2607 | MVB | New | 0.01 | IGT | G23 MLD V2 | Video Slot | 3 |
| F02 | 11 | 16851 | 2478 | MVB | New | 0.01 | IGT | G23 MLD V2 | Reel Slot | 3 |
| F02 | 12 | 16881 | 2481 | MVB | New | 0.01 | IGT | G23 MLD V2 | Reel Slot | 3 |
| F06 | 2 | 16863 | 2638 | MVB | New | 0.01 | IGT | G23 MLD V2 | Video Slot | 3 |
| F06 | 13 | 16871 | 2480 | MVB | New | 0.01 | IGT | G23 MLD V2 | Reel Slot | 3 |
| C04 | 1 | 16541 | 2606 | MVB | New | 0.01 | IGT | Univ MLD Slant | Video Slot | 3 |
| C04 | 2 | 16531 | 2605 | MVB | New | 0.01 | IGT | Univ MLD Slant | Video Slot | 3 |
| C04 | 3 | 16520 | 2371 | MVB | New | 0.01 | IGT | Univ MLD Slant | Reel Slot | 3 |
| C04 | 4 | 16550 | 2374 | MVB | New | 0.01 | IGT | Univ MLD Slant | Reel Slot | 3 |
| D12 | 7 | 16200 | 2323 | MVB | New | 0.01 | MGAM | TournEvent V | Video Slot | 5 |
| D12 | 8 | 16210 | 2324 | MVB | New | 0.01 | MGAM | TournEvent V | Video Slot | 5 |
| D12 | 9 | 16221 | 2568 | MVB | New | 0.01 | MGAM | TournEvent V | Video Slot | 5 |
| D12 | 10 | 16230 | 2326 | MVB | New | 0.01 | MGAM | TournEvent V | Video Slot | 5 |
| D12 | 11 | 16241 | 2569 | MVB | New | 0.01 | MGAM | TournEvent V | Video Slot | 5 |
| D12 | 12 | 16250 | 2328 | MVB | New | 0.01 | MGAM | TournEvent V | Video Slot | 5 |
| D16 | 5 | 16260 | 2329 | MVB | New | 0.01 | MGAM | TournEvent V | Video Slot | 5 |
| D16 | 6 | 16270 | 2330 | MVB | New | 0.01 | MGAM | TournEvent V | Video Slot | 5 |
| D16 | 7 | 16281 | 2570 | MVB | New | 0.01 | MGAM | TournEvent V | Video Slot | 3 |
| D16 | 8 | 16291 | 2571 | MVB | New | 0.01 | MGAM | TournEvent V | Video Slot | 5 |
| B13 | 8 | 18020 | 2439 | MVB | New | 0.01 | WMS | Blade | Video Slot | 5 |
| B13 | 11 | 17020 | 2428 | MVB | New | 0.01 | WMS | Blade | Video Slot | 5 |
| E05 | 3 | 18011 | 2692 | MVB | New | 0.01 | WMS | Blade | Video Slot | 6 |
| E05 | 4 | 17051 | 2670 | MVB | New | 0.01 | WMS | Blade | Video Slot | 5 |
| E14 | 1 | 17071 | 2693 | MVB | New | 0.01 | WMS | Blade | Video Slot | 5 |
| E14 | 2 | 17081 | 2668 | MVB | New | 0.01 | WMS | Blade | Video Slot | 6 |
| E14 | 3 | 17091 | 2694 | MVB | New | 0.01 | WMS | Blade | Video Slot | 5 |
| E14 | 4 | 18001 | 2669 | MVB | New | 0.01 | WMS | Blade | Video Slot | 6 |
| E14 | 9 | 17031 | 2671 | MVB | New | 0.01 | WMS | Blade | Video Slot | 6 |
| E14 | 10 | 17061 | 2672 | MVB | New | 0.01 | WMS | Blade | Video Slot | 5 |
| E14 | 11 | 17040 | 2430 | MVB | New | 0.01 | WMS | Blade | Video Slot | 6 |
| E14 | 12 | 18072 | 2673 | MVB | New | 0.01 | WMS | Blade | Video Slot | 5 |
| F06 | 3 | 18060 | 2432 | MVB | New | 0.01 | WMS | Blade | Video Slot | 6 |
| F06 | 4 | 18030 | 2437 | MVB | New | 0.01 | WMS | Blade | Video Slot | 5 |
| F06 | 11 | 18040 | 2436 | MVB | New | 0.01 | WMS | Blade | Video Slot | 5 |
| F06 | 12 | 18050 | 2434 | MVB | New | 0.01 | WMS | Blade | Video Slot | 6 |
| D17 | 1 | 16980 | 2423 | MVB | New | 0.01 | WMS | Meta | Video Slot | 10 |
| D17 | 2 | 16991 | 2682 | MVB | New | 0.01 | WMS | Meta | Video Slot | 5 |
| D17 | 3 | 17001 | 2683 | MVB | New | 0.01 | WMS | Meta | Video Slot | 5 |
| D17 | 4 | 17010 | 2426 | MVB | New | 0.01 | WMS | Meta | Video Slot | 10 |

| Serial # | Theme | Lines | MAX | MIN | Top Award |
|----------|-------|-------|-----|-----|-----------|
| 023196US | Ultra Stack Dragon | 50 | 250 | 50 | 500 |
| 023192US | Ultra Stack Gorilla | 50 | 300 | 50 | |
| 022434US | Ultra Stack Feature | 50 | 250 | 50 | |
| 022437US | Ultra Stack Lion | 50 | 250 | 50 | 500 |
| 023171US | Ultra Stack Rising Dragon | 50 | 250 | 50 | |
| 023918US | Ultra Stack Dragon | 50 | 250 | 50 | 500 |
| 023842US | Ultra Stack Lion | 50 | 250 | 50 | 5000 |
| 023231US | Ultra Stack Vampire Night Jackpot | 50 | 250 | 50 | 50000P |
| 021870US | Ultra Stack Dragon | 50 | 250 | 50 | 500 |
| 022676US | Ultra Stack Lion Jackpot | 50 | 250 | 50 | 50000P |
| 028792US | Ultra Stack Dragon | 50 | 250 | 50 | 500 |
| 023504US | Ultra Stack Panda Jackpot | 50 | 250 | 50 | 50000P |
| 020193US | Ultra Stack Lion | 50 | 250 | 50 | 500 |
| 020686US | Ultra Stack Happy Lion | 50 | 250 | 50 | 500 |
| 023057US | Ultra Stack Bison | 50 | 250 | 50 | 500 |
| 028794US | Ultra Stack Lion | 50 | 250 | 50 | 500 |
| 029847US | 4 Chinese Beasts | 50 | 250 | 50 | 50000P |
| 029251US | Bamboo Panda | 30 | 300 | 30 | 5000 |
| 029961US | Cherry Chance Brilliant 7 | 30 | 300 | 30 | 50000 |
| 029255US | King of Dragons III | 30 | 300 | 30 | 30000 |
| 029256US | King of Dragons III | 30 | 300 | 30 | 30000 |
| 029962US | Cherry Chance Brilliant 7 | 30 | 300 | 30 | 50000 |
| 029252US | Bamboo Panda | 30 | 300 | 30 | 5000 |
| 029848US | 4 Chinese Beasts | 50 | 250 | 50 | 50000P |
| B130582722 | Black Gold Fever QH | 30 | 150 | 30 | 375000P |
| B130582723 | Black Gold Fever QH | 30 | 150 | 30 | 375000P |
| B130582724 | Tiple Blazing 7's Fever QH | 30 | 150 | 30 | 375000P |
| B130582725 | Tiple Blazing 7's Fever QH | 30 | 150 | 30 | 375000P |
| B130582726 | Tiple Blazing 7's Fever QH | 30 | 150 | 30 | 375000P |
| B130582727 | Black Velvet Quick Hit | 30 | 150 | 30 | 300000P |
| B130582729 | Black Velvet Quick Hit | 30 | 150 | 30 | 300000P |
| B130582731 | 24 Karat Quick Hit | 30 | 150 | 30 | 300000P |
| B130582728 | 24 Karat Quick Hit | 30 | 150 | 30 | 300000P |
| B130582730 | 24 Karat Quick Hit | 30 | 150 | 30 | 300000P |
| B130582732 | Quick Hit Pro | 40 | 200 | 40 | 300000P |
| B130582733 | Quick Hit Pro | 40 | 200 | 40 | 300000P |
| B130582734 | Quick Hit Pro | 40 | 200 | 40 | 300000P |
| B130582735 | Quick Hit Pro | 40 | 200 | 40 | 300000P |
| B130582736 | Quick Hit Pro | 40 | 200 | 40 | 300000P |
| B130582737 | Quick Hit Pro | 40 | 200 | 40 | 300000P |
| B130582738 | Dragon | 30 | 150 | 30 | 300000P |
| B130582739 | Dragon | 30 | 150 | 30 | 300000P |
| B130582740 | Dragon | 30 | 150 | 30 | 300000P |
| B130582741 | Dragon | 30 | 150 | 30 | 300000P |
| 2154086 | MHP Triple Double Diamond | 20 | 125 | 25 | 150000P |
| 2154079 | Candy Bars | 50 | 300 | 75 | 120000P |

| | | | | | |
|---|---|---|---|---|---|
| 2154080 | Triple Red Hot 7's Free Games | 25 | 250 | 25 | 235000 |
| 2154081 | Berry Cherry | 50 | 250 | 50 | 50000 |
| 2154082 | Triple Red Hot 7's Free Games | 25 | 250 | 25 | 235000 |
| 2154085 | Takes The Cake | 50 | 300 | 25 | 120000P |
| 2154083 | Red Hot Diamonds | 20 | 200 | 20 | 30000 |
| 2154084 | Triple Red Hot 7's Free Games | 25 | 250 | 25 | 235000 |
| 2154068 | Night Of The Wolf | 30 | 240 | 30 | 8000 |
| 2154067 | El Gran Festival | 50 | 200 | 50 | 6400 |
| 2154066 | Dolly | 30 | 250 | 50 | 5000 |
| 2154069 | Dolly | 30 | 250 | 50 | 5000 |
| 0907004 | Starry Night | 50 | 500 | 50 | 10000 |
| 0907006 | Wild Pixies | 50 | 250 | 50 | 5000 |
| 0907012 | Gods and Titans | 50 | 500 | 50 | 10000 |
| 0907010 | Wild Tornado | 50 | 400 | 50 | 32000 |
| 0907008 | Arriba | 50 | 500 | 50 | 5000 |
| 0907007 | Wild Pixies | 50 | 250 | 50 | 5000 |
| 0907011 | Wild Tornado | 50 | 400 | 50 | 32000 |
| 0907005 | Starry Night | 50 | 500 | 50 | 10000 |
| 0907009 | Green Thumb | 50 | 500 | 50 | 4000 |
| 0907013 | Brilliant Jewels | 50 | 500 | 50 | 50000 |
| 5037332 | Lantern Festival | 40 | 200 | 40 | 8000P |
| 5037326 | Sea of Tranquility | 40 | 200 | 40 | 76500P |
| 5037322 | Dancing In Rio | 40 | 250 | 50 | 151000P |
| 5037335 | The Cheshire Cat | 40 | 200 | 40 | 2500 |
| 5037325 | OMG Kittens | 40 | 200 | 40 | 100000 |
| 5037329 | Bull Elephant | 80 | 200 | 40 | 40000P |
| 5037327 | Bier House 200 | 40 | 200 | 400 | 2500 |
| 5037331 | Mastodon | 40 | 200 | 40 | 2500 |
| 5037324 | Bull Elephant | 80 | 200 | 40 | 40000P |
| 5037328 | Pirate Queen | 40 | 180 | 60 | 86400P |
| 5037321 | Raging Rhino | 4096W | 200 | 40 | 76500P |
| 5037334 | Dancing In Rio | 40 | 250 | 50 | 151000P |
| 5037323 | Raging Rhino | 4096W | 200 | 40 | 76500P |
| 5037330 | Great Zeus | 40 | 200 | 40 | 25000P |
| 5037333 | Lantern Festival | 40 | 200 | 40 | 8000P |
| 5037320 | Raging Rhino | 4096W | 200 | 40 | 76500P |
| 5037280 | Colossal Wizards | 100 | 300 | 50 | 2500 |
| 5037282 | Dean Martins Vegas Shindig | 192 | 200 | 40 | 50000P |
| 5037281 | Invaders! Planet Wombat | 64 | 250 | 50 | 20000P |
| 5037283 | Queen of the Wild 2 | 100 | 300 | 50 | 2500 |

| Paytable ID | Program | Prog 2 | MGC EPROM ID |
|---|---|---|---|
| Ver 02 | Z12039-XXLN-ZA-0201 | ZEARU-MS2S-5113 | z12039-xxln-za -0201 |
| Ver 02 | Z13P66-XXLN-ZA-0107 | ZEARU-JM3S-7109 | Z13P66-XXLN-ZA-0107 |
| Ver 02 | Z13021-XXLN-ZA-0103 | ZEARU-JM3S-7109 | z13021-xxln-za -0103 |
| Ver 02 | Z12042-XXLN-ZA-0102 | ZEARU-MS2S-5113 | Z12042-XXLN-ZA-0102 |
| Ver 02 | Z13040-XXLN-ZA-0103 | ZEARU-JM3S-7109 | z13040-xxln-za -0103 |
| Ver 03 | Z12039-XXLN-ZA-0201 | ZEARU-MS2S-5113 | z12039-xxln-za -0201 |
| Ver 03 | Z12042-XXLN-ZA-0102 | ZEARU-MS2S-5113 | Z12042-XXLN-ZA-0102 |
| Ver 02 | Z13P37-XXLP-ZA-0110 | ZEARU-MS2S-5113 | z13p37-xxlp-za -0110 |
| Ver 03 | Z12039-XXLN-ZA-0201 | ZEARU-MS2S-5113 | z12039-xxln-za -0201 |
| Ver 02 | Z12047-XXLP-ZA-0112 | ZEARU-MS2S-5113 | Z12047-XXLP-ZA-0112 |
| Ver 02 | Z12039-XXLN-ZA-0201 | ZEARU-MS2S-5113 | z12039-xxln-za -0201 |
| Ver 02 | Z13024-XXLP-ZA-0102 | ZEARU-MS2S-5113 | z13024-xxlp-za -0102 |
| Ver 02 | Z12042-XXLN-ZA-0102 | ZEARU-MS2S-5113 | Z12042-XXLN-ZA-0102 |
| Ver 02 | Z13009-XXLN-ZA-0100 | ZEARU-MS2S-5113 | z13009-xxln-za -0100 |
| Ver 02 | Z13P34-XXLN-ZA-0103 | ZEARU-MS2S-5113 | Z13P34-XXLN-ZA-0103 |
| Ver 03 | Z12042-XXLN-ZA-0102 | ZEARU-MS2S-5113 | Z12042-XXLN-ZA-0102 |
| Ver 01 | Z11011-XXLP-ZA-114 | ZEARU-MS2S-5113 | Z11011-XXLP-ZA-114 |
| Ver 01 | Z11089-XXLN-ZA-101 | ZEARU-MS2S-5113 | Z11089-XXLN-ZA-101 |
| Ver 01 | Z12063-XXLN-ZA-0102 | ZEARU-MS2S-5113 | Z12063-XXLN-ZA-0102 |
| Ver 01 | Z11073-XXLN-ZA-206 | ZEARU-MS2S-5113 | Z11073-XXLN-ZA |
| Ver 01 | Z11073-XXLN-ZA-206 | ZEARU-MS2S-5113 | Z11073-XXLN-ZA |
| Ver 01 | Z12063-XXLN-ZA-0102 | ZEARU-MS2S-5113 | Z12063-XXLN-ZA-0102 |
| Ver 01 | Z11089-XXLN-ZA-101 | ZEARU-MS2S-5113 | Z11089-XXLN-ZA-101 |
| Ver 01 | Z11011-XXLP-ZA-114 | ZEARU-MS2S-5113 | Z11011-XXLP-ZA-114 |
| QHBGFGFEVER85 | 301563B | BAL_OS356H | 301563b Alpha I and II |
| QHBGFGFEVER85 | 301563B | BAL_OS356H | 301563b Alpha I and II |
| QHTB7FGFEVER85 | 301640A | BAL_OS356H | 301640A |
| QHTB7FGFEVER85 | 301640A | BAL_OS356H | 301640A |
| QHTB7FGFEVER85 | 301640A | BAL_OS356H | 301640A |
| QHBLACKVELVET85 | BAL_234353B | BAL_OS356H | bal_234353b - alpha ii |
| QHBLACKVELVET85 | BAL_234353B | BAL_OS356H | bal_234353b - alpha ii |
| QH24KARAT85 | BAL_233902A | BAL_OS356H | BAL_233902A |
| QH24KARAT85 | BAL_233902A | BAL_OS356H | BAL_233902A |
| QH24KARAT85 | BAL_233902A | BAL_OS356H | BAL_233902A |
| QuickHitPro85a | 301514C | BAL_OS356H | 301514c Alpha I and II |
| QuickHitPro85a | 301514C | BAL_OS356H | 301514c Alpha I and II |
| QuickHitPro85a | 301514C | BAL_OS356H | 301514c Alpha I and II |
| QuickHitPro85a | 301514C | BAL_OS356H | 301514c Alpha I and II |
| QuickHitPro85a | 301514C | BAL_OS356H | 301514c Alpha I and II |
| QuickHitPro85a | 301514C | BAL_OS356H | 301514c Alpha I and II |
| Y2156 | 301430A | BAL_OS356H | 301430A |
| Y2156 | 301430A | BAL_OS356H | 301430A |
| Y2156 | 301430A | BAL_OS356H | 301430A |
| Y2156 | 301430A | BAL_OS356H | 301430A |
| AVV036374 | GCON014-004GS6-A04 | AVP014-00390 | GCON014-004GS6-A04 |
| AVV039218 | GAME014-002JN9-H03 | AVP014-00390 | GAME014-002JN9-H03 |

| | | | |
|---|---|---|---|
| AVV040046 | GAME014-004PJ5-B11 | AVP014-00390 | GAME014-004PJ5-B11 |
| AVV039156 | GAME014-002JJ6-M03 | AVP014-00406 | GAME014-002JJ6-M03 |
| AVV040046 | GAME014-004PJ5-B11 | AVP014-00390 | GAME014-004PJ5-B11 |
| AVV039218 | GAME014-002PL9-B03 | AVP014-00390 | GAME014-002PL9-B03 |
| AVV032465 | GAME014-004PI1-F01 | AVP014-00390 | GAME014-004PI1-F01 |
| AVV040046 | GAME014-004PJ5-B11 | AVP014-00390 | GAME014-004PJ5-B11 |
| AVV038496 | GAME014-005KS1-M01 | AVP014-00390 | GAME014-005KS1-M01 |
| AVV040986 | GAME014-002MV4-B03 | AVP014-00390 | GAME014-002MV4-B03 |
| AVV040207 | GCON014-004DY8-007 | AVP014-00340 | GCON014-004DY8-007 |
| AVV040207 | GAME014-002MV4-B03 | AVP014-00390 | GAME014-002MV4-B03 |
| M11_StarryNight_50L500C | 9.26.111.29.4 | M11 VV23202-96 REV 96 | D0A4802-00 |
| M11_WildPixies_50L250C | 9.26.111.29.3 | M11 VV23202-96 REV 96 | D0A5341-00 |
| M11_GodsAndTitans_50L500C | 9.26.111.29.3 | M11 VV23202-125 REV 125 | D0A5251-00 |
| M11_WildTornado_40L500C | 9.26.111.29.3 | M11 VV23202-96 REV 96 | doa4894-00 |
| M11_Arriba_50L500C | 9.26.111.29.8 | M11 VV23202-125 REV 125 | D0A4873-00 |
| M11_WildPixies_50L250C | 9.26.111.29.3 | M11 VV23202-96 REV 96 | D0A5341-00 |
| M11_WildTornado_50L400C | 9.26.111.29.3 | M11 VV23202-96 REV 96 | doa4894-00 |
| M11_StarryNight_50L500C | 9.26.111.29.4 | M11 VV23202-96 REV 96 | D0A4802-00 |
| M11_GreenThumb_50L500C | 9.26.113.16.9 | M11 VV23202-125 REV 125 | D0A5498-00 |
| M11_BrilliantJewels_50L500C | 9.26.113.16.3 | M11 VV23202-125 REV 125 | D0A5395-00 |
| WMWA0A54 | D8EA-000-1010 | NSOS-000-3006 | D8EA-000-1010 |
| WMWA0A34 | D8E9-000-1020 | NSOS-000-3006 | D8E9-000-1020 |
| WMWA105E | D98C-000-1010D5 | NSOS-000-4011 | D98C-000-1010D5 |
| WMWA0DE8 | D98F-000-1010D5 | NSOS-000-4001 | D98F-000-1010D5 |
| WMWA10E4 | D9E9-000-1010 | NSOS-000-4011 | D9E9-000-1010 |
| WMWA0DFA | D93E-000-1000D5 | NSOS-000-4001 | D93E-000-1000D5 |
| WMWA116F | DAD2-000-1000D0 | NSOS-000-4011 | DAD2-000-1000D0 |
| WMWA0D99 | D94C-000-1010 | NSOS-000-4001 | D94C-000-1010 |
| WMWA0DFA | D93E-000-1000D5 | NSOS-000-4001 | D93E-000-1000D5 |
| WMWA1053 | D98E-000-1010 | NSOS-000-4001 | D98E-000-1010 |
| WMWA09CC | D7BD-000-1010 | NSOS-000-3006 | D7BD-000-1010 |
| WMWA105E | D98C-000-1010D5 | NSOS-000-4001 | D98C-000-1010D5 |
| WMWA09CC | D7BD-000-1010 | NSOS-000-3006 | D7BD-000-1010 |
| WMW16AA6 | D893-000-1020 | NSOS-000-3006 | D893-000-1020 |
| WMWA0A54 | D8EA-000-1010 | NSOS-000-3006 | D8EA-000-1010 |
| WMWA09CC | D7BD-000-1010 | NSOS-000-3006 | D7BD-000-1010 |
| WMW15DEF | D8A0-000-1010 | SSSG-000-16BB | D8A0-000-1010 |
| WMW0F9B7 | DE98-000-1000C2 | SSSG-000-1696 | DE98-000-1000C2 |
| WMWA0115 | S69D-000-1010C0 | SSSG-000-1696 | S69D-000-1010C0 |
| WMW165DD | D9AA-000-1010 | SSSG-000-16BB | D9AA-000-1010 |

| Prog | Prog #lvls, Increments | MANDAT |
|------|------------------------|--------|
| | | Jun-10 |
| | | Jun-10 |
| | | Apr-10 |
| | | Apr-10 |
| | | Jun-10 |
| | | Aug-10 |
| | | Aug-10 |
| *SAP* | *5 lvl 100.01-.6, 35.01-.6, 25.01-.6, 20.01-.6, 15.01-.6* | Jun-10 |
| | | Feb-10 |
| *SAP* | *5 lvl 100.01-.6, 35.01-.6, 25.01-.6, 20.01-.6, 15.01-.6* | Apr-10 |
| | | Feb-12 |
| *SAP* | *5 lvl 100.01-.6, 35.01-.6, 25.01-.6, 20.01-.6, 15.01-.6* | Jul-10 |
| | | Jul-09 |
| | | Sep-09 |
| | | May-10 |
| | | Feb-12 |
| *SAP* | *4 lvl 500-.25, 150-.25, 30-.25, 15-.25 (1)* | May-12 |
| | | Mar-12 |
| | | May-12 |
| | | Mar-12 |
| | | Mar-12 |
| | | May-12 |
| | | Mar-12 |
| *SAP* | *4 lvl 500-.25, 150-.25, 30-.25, 15-.25 (1)* | May-12 |
| *Linked* | 5 lvl 3750-.10, 1500-.15, 150-.25, 75-.50, 15-1 (2) | Jun-13 |
| *Linked* | 5 lvl 3750-.10, 1500-.15, 150-.25, 75-.50, 15-1 (2) | Jun-13 |
| *Linked* | 5 lvl 3750-.10, 1500-.15, 150-.25, 75-.50, 15-1 (2) | Jun-13 |
| *Linked* | 5 lvl 3750-.10, 1500-.15, 150-.25, 75-.50, 15-1 (2) | Jun-13 |
| *Linked* | 5 lvl 3750-.10, 1500-.15, 150-.25, 75-.50, 15-1 (2) | Jun-13 |
| *Linked* | 5 lvl 3K-.10, 1500-.15, 150-.25, 75-.50, 15-1 (2) | Jun-13 |
| *Linked* | 5 lvl 3K-.10, 1500-.15, 150-.25, 75-.50, 15-1 (2) | Jun-13 |
| *Linked* | 5 lvl 3K-.10, 1500-.15, 150-.25, 75-.50, 15-1 (2) | Jun-13 |
| *Linked* | 5 lvl 3K-.10, 1500-.15, 150-.25, 75-.50, 15-1 (2) | Jun-13 |
| *Linked* | 5 lvl 3K-.10, 1500-.15, 150-.25, 75-.50, 15-1 (2) | Jun-13 |
| *Linked* | 6 lvl 3000-.15, 1500-.20, 500-.25, 100-.35, 50-.50, 20-.55 (2) | Jun-13 |
| *Linked* | 6 lvl 3000-.15, 1500-.20, 500-.25, 100-.35, 50-.50, 20-.55 (2) | Jun-13 |
| *Linked* | 6 lvl 3000-.15, 1500-.20, 500-.25, 100-.35, 50-.50, 20-.55 (2) | Jun-13 |
| *Linked* | 6 lvl 3000-.15, 1500-.20, 500-.25, 100-.35, 50-.50, 20-.55 (2) | Jun-13 |
| *Linked* | 6 lvl 3000-.15, 1500-.20, 500-.25, 100-.35, 50-.50, 20-.55 (2) | Jun-13 |
| *Linked* | 6 lvl 3000-.15, 1500-.20, 500-.25, 100-.35, 50-.50, 20-.55 (2) | Jun-13 |
| *Linked* | 5 lvl 3000-.15, 975-.20, 150-.35, 75-.40, 15-.55 (1.65) | Jun-13 |
| *Linked* | 5 lvl 3000-.15, 975-.20, 150-.35, 75-.40, 15-.55 (1.65) | Jun-13 |
| *Linked* | 5 lvl 3000-.15, 975-.20, 150-.35, 75-.40, 15-.55 (1.65) | Jun-13 |
| *Linked* | 5 lvl 3000-.15, 975-.20, 150-.35, 75-.40, 15-.55 (1.65) | Jun-13 |
| *SAP* | *4 lvl 1500-.25, 100-.50, 30-.80, 5-1.3(2.85)* | Jun-13 |
| *SAP* | *3lvl 1200-.50, 140-1, 30-1.5(3)* | Jun-13 |

| | | |
|---|---|---|
| | | **Jun-13** |
| | | **Jun-13** |
| | | **Jun-13** |
| *SAP* | *3lvl 1200-.50, 140-1, 30-1.5(3)* | **Jun-13** |
| | | **Jun-13** |
| | | **Jun-13** |
| | | **Jun-13** |
| | | **Jun-13** |
| | | **Jun-13** |
| | | **Jun-13** |
| | | **May-13** |
| | | **May-13** |
| | | **May-13** |
| | | **May-13** |
| | | **May-13** |
| | | **May-13** |
| | | **May-13** |
| | | **May-13** |
| | | **May-13** |
| | | **May-13** |
| *SAP* | *3 lvl 80-.111, 50-.333, 50-.333 (.777)* | **Jun-13** |
| *SAP* | *3 lvl 765-.20, 50-.25, 50-.25 (.70)* | **Jun-13** |
| *SAP* | *6 lvl 1590, 210, 108,  20-.35, 15-.45, 12-.65 (1.45)* | **Jun-13** |
| | | **Jun-13** |
| | | **Jun-13** |
| *SAP* | *2 lvl 400-.167, 250-.50 (.667)* | **Jun-13** |
| | | **Jun-13** |
| | | **Jun-13** |
| *SAP* | *2 lvl 400-.167, 250-.50 (.667)* | **Jun-13** |
| *SAP* | *6 lvl 928, 160, 72, 18-.35, 14-.50, 10-.70 (1.55)* | **Jun-13** |
| *SAP* | *1 lvl 765-.40* | **Jun-13** |
| *SAP* | *6 lvl 1590, 210, 108,  20-.35, 15-.45, 12-.65 (1.45)* | **Jun-13** |
| *SAP* | *1 lvl 765-.40* | **Jun-13** |
| *SAP* | *2 lvl 250-.50, 25-.50 (1)* | **Jun-13** |
| *SAP* | *3 lvl 80-.111, 50-.333, 50-.333 (.777)* | **Jun-13** |
| *SAP* | *1 lvl 765-.40* | **Jun-13** |
| | | **Jun-13** |
| SAP | 2 Lvl 500-.5, 50-.6 (1.10) | **Jun-13** |
| SAP | 2 Lvl 200-.2, 50-.3 (.5) | **Jun-13** |
| | | **Jun-13** |