

SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: October 24, 2014

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
IN THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:

MVB HOLDING, LLC                               NO. 14-51430 KMS

ORDER

This matter having come on for consideration upon the Debtor's Motion for Authority to Sell Personal Property Free and Clear of Liens (DK#136), and the Court finding that due and proper notice thereof has been sent to all parties in interest and the Court finding that Responses have been filed on behalf of Guggenheim Corporate Funding, LLC (DK#147) and Clay Point, LLC (DK#152) and the Court further being advised that said Motion is well taken, in part, it is therefore,

ORDERED, ADJUDGED AND DECREED that the Debtor's Motion for Authority to Sell Personal Property Free and Clear of Liens (DK#136) be, and hereby is, granted, as set forth below.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Debtor is authorized to convey eighty six (86) gaming devices, itemized on Exhibit "A" to the Debtor's Motion for Authority to Sell Personal Property (DK#136), free and clear of liens, with

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

liens, if any, to attach to the proceeds of sale, to Riverboat Corporation of Mississippi dba Golden Nugget, Biloxi (Golden Nugget) for $685,998.00.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Debtor is hereby authorized to execute any and all necessary documents to effect such sale and transfer of said gaming devices.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Debtor is authorized to utilize Modern Gaming, Inc., a licensed gaming device vendor from Denham Springs, Louisiana, to act as intermediary to prepare all paperwork necessary for the transfer of the gaming devices to Golden Nugget and to pay from the sale proceeds the sum of $100.00 per machine for performing all necessary paperwork to transfer the eighty six (86) gaming devices to the buyer in accordance with the rules of the Mississippi Gaming Commission.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Debtor is authorized to pay from the sale proceeds $200.00 per device to the Mississippi Gaming Commission for the sale and transfer of the gaming devices.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the net sale proceeds of $685,998.00, minus the sum of $25,800.00, to be paid to Modern Gaming and the Mississippi Gaming Commission, shall be placed in a separate interest bearing Debtor-in-

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

Possession account to remain therein pending further order of this Court.

### ###END OF ORDER###

APPROVED FOR ENTRY:

_____
ROBERT ALAN BYRD, Attorney for Debtor
**Signature Affixed**

_____
WILLIAM P. WESSLER, Attorney
for Clay Point, LLC

/S/DOUG NOBLE
Attorney for Guggenheim Corporate Funding, LLC
**Signature Affixed**

_____
LOUIS FRASCOGNA, Attorney
for Mississippi Gaming Commission

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

device to the Mississippi Gaming Commission for the sale and transfer of the gaming devices.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the net sale proceeds of $685,998.00, minus the sum of $25,800.00, to be paid to Modern Gaming and the Mississippi Gaming Commission, shall be placed in a separate interest bearing Debtor-in-Possession account to remain therein pending further order of this Court.

###END OF ORDER###

APPROVED FOR ENTRY:

_____
ROBERT ALAN BYRD, Attorney for Debtor

_____ 10/23/14
WILLIAM P. WESSLER, Attorney
for Clay Point, LLC

_____
DOUG NOBLE, Attorney for
Guggenheim Corporate Funding, LLC

_____
LOUIS FRASCOGNA, Attorney
for Mississippi Gaming Commission